

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. James Lyle*
               14 Cr. 189 (PAC) – Response Briefing Schedule

Dear Judge Crotty:

    On July 23, 2020, the defendant James Lyle filed a motion seeking compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A) (the "Motion"). The Government writes to respectfully request until July 31, 2020, inclusive, to respond to the Motion. The Government has conferred with defense counsel who has no objection to this request.

7/27/2020
The request is granted. The
government's response is due on
July 31, 2020. SO ORDERED.

*[signature: Paul A. Crotty]*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:      /s/
      Danielle M. Kudla
      Assistant United States Attorney
      (212) 637-2304

cc:  Thomas H. Nooter, Esq.