UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                           14 cr 189-03 (JGK)

JAMES LYLE,                                                    **ORDER**
                           Defendant.
-----------------------------------------------------------X

        The matter is adjourned to **Thursday, July 24, 2025, at 2:30pm.**

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 8, 2025