UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                         14 cr 189-03 (JGK)

JAMES LYLE,                                               **ORDER**
                      Defendant.
-------------------------------------------------------------X

The matter is adjourned to **Wednesday, September 10, 2025, at 11:00am.**

**SO ORDERED.**

                                                                        */s/ John G. Koeltl*
                                                                    **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 16, 2025