
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                 14-CR-189-3 (JGK)

JAMES LYLE,                           ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    James Lyle's application to appear telephonically at this morning's status conference is **granted**.

SO ORDERED.

Dated:    New York, New York
            September 10, 2025

                                              _____
                                              John G. Koeltl
                                          United States District Judge