UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -against-

JAMES LYLE,

                Defendant.
-----------------------------------------------------------------X

14 cr 189-03 (JGK)

**ORDER**

Upon the motion of the Government and Probation, the pending specifications against the

defendant, James Lyle, are withdrawn; all open specifications are dismissed and all pending

supervision is terminated.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 10, 2025